People v Picard (2025 NY Slip Op 03824)

People v Picard

2025 NY Slip Op 03824

Decided on June 25, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
BARRY E. WARHIT
HELEN VOUTSINAS
PHILLIP HOM, JJ.

2023-03372
2023-03375
 (Ind. No. 243/18; S.C.I. No. 336/19)

[*1]The People of the State of New York, respondent,
v
Steve Picard, appellant. (Action No. 1)
The People, etc., respondent, 
v
Steven Picard, appellant. (Action No. 2)

Jillian S. Harrington, Staten Island, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Daniel Bresnahan of counsel; Matthew C. Frankel on the brief), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Nassau County (Teresa K. Corrigan, J.), both rendered March 8, 2022, convicting him of criminal possession of a controlled substance in the second degree under Indictment No. 243/18, and criminal possession of a forged instrument in the second degree under Superior Court Information No. 336/19, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
The defendant's contention that the Supreme Court improperly sentenced him, following a delay in sentencing, without obtaining an updated presentence report is unpreserved for appellate review (see CPL 470.05[2]; People v Saunders, 219 AD3d 759; People v Heine, 122 AD3d 644) and, in any event, without merit (see People v Kuey, 83 NY2d 278, 282; People v McGhee, 111 AD3d 961, 961; People v Watkins, 71 AD3d 799, 799).
GENOVESI, J.P., WARHIT, VOUTSINAS and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court